UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Anibal Edgar BRAVO NAVARRETE**, <br><br> Petitioner, <br><br> v. <br><br> KEVIN RAYCRAFT, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Respondents. | **Case No. 2:25-cv-13629** <br><br> Honorable Judge: <br> Shalina D. Kumar <br><br> Magistrate Judge: <br> Elizabeth A. Stafford |

### STIPULATED ORDER REQUIRING RESPONSE

On November 14, 2025, Petitioner Anibal Edgar BRAVO NAVARRETE filed a petition for a writ of habeas corpus challenging his detention by Respondents. ECF No. 1, PageID.1. For good cause, the Court may set a deadline for the Respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no

later than Monday, November 24, 2025.

2. If Petitioner chooses to file a reply, Petitioner must do so no later than three business days after Respondents file their response.

3. Petitioner has sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

IT IS SO ORDERED.

Date: November 17, 2025

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Stipulated and agreed to by:

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Glenn Eric Sproull*
Glenn Eric Sproull (IL 6276310)
Palmer Rey PLLC
29566 Northwestern Hwy, Suite 200
Southfield, MI 48034
(248) 522-9500
eric@palmerrey.com

*s/ Zak Toomey /*
Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

**Attorney for Petitioner**

*Counsel for Respondents*

Dated: November 14, 2025

Date: November 17, 2025

2