United States District Court
Eastern District of Michigan

Anibal Edgar Bravo Navarette,

    Petitioner,

v.

Kevin Raycraft, Acting Director of Immigration Customs Enforcement and Removal Operations, Detroit Field Office; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, United States Attorney General, and Executive Office for Immigration Review,

    Respondents.

Civil No. 25-13629

Honorable Shalina D. Kumar
Mag. Judge Elizabeth A. Stafford

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

    IT IS SO ORDERED.

                                      s/Shalina D. Kumar
                                      Shalina D. Kumar
                                      United States District Judge

Dated:   December 1, 2025

**Stipulated and Agreed to By:**

| | |
|---|---|
| Palmer Rey PLLC | Jerome F. Gorgon<br>United States Attorney |
| */s/ Glenn Eric Sproull (w/ consent)*<br>Glenn Eric Sproull (IL 6276310)<br>29566 Northwestern Hwy<br>Suite 200<br>Southfield, Michigan 48034<br>(248) 522-9500<br>eric@palmerrey.com | */s/ Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Attorneys for Petitioner* | *Attorneys for Respondents* |
| Dated: November 24, 2025 | Dated: November 24, 2025 |